IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ELISHA HUNTER,
individually and as Personal
Representative of the Estate of
Stanley Bell, deceased,

    Plaintiff,

v.

HETAL AMIN, M.D., et al.,

    Defendants.                                Case No. 07-cv-296-DRH

## MEMORANDUM & ORDER

**HERNDON, Chief Judge:**

        Before the Court is defendant Hetal Amin, M.D.'s Motion to Strike (Doc. 41) Plaintiffs' Sur-Reply (Doc. 40), which was filed without leave of Court. As defendant Amin's Motion correctly notes, the Court's Local Rule 7.1 (c) states, "Under no circumstances will sur-reply briefs be accepted." Accordingly, defendant Amin's Motion (Doc. 41) is **GRANTED**. Plaintiffs' Sur-Reply (Doc. 40) is hereby **STRICKEN** from the record.

        **IT IS SO ORDERED.**

        Signed this 26th day of March, 2008.

                                            /s/      David R Herndon
                                            **Chief Judge**
                                            **United States District Court**