IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ELISHA HUNTER, individually and as a Personal Representative of the Estate of Stanley Bell, deceased, </br></br>    Plaintiff, </br></br>v. </br></br>HETAL AMIN, M.D., et al, </br></br>    Defendants. | )</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>)        Case No. 07-cv-296-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** Pursuant to the Seventh Circuit Mandate issued on October 1, 2009, (Doc. 72), summary judgment in favor of defendant, **HETAL AMIN, M.D.,** as to Counts I and II of plaintiff's complaint was reversed and remanded to this Court for further proceedings. The remainder of the Court's September 24, 2008 Judgment (Doc. 60) was affirmed.

Since that time, the remaining Parties have filed a Stipulation of Voluntary Dismissal (Doc. 74).

**IT IS ORDERED AND ADJUDGED** that Plaintiff's remaining claims, as stated in Counts I and II of the Complaint against defendant, **HETAL AMIN, M.D.,** are **DISMISSED WITH PREJUDICE**. Judgment is entered in favor of defendant, **HETAL AMIN, M.D.,** and against plaintiff, **ELISHA HUNTER**, **individually and as a Personal Representative of the Estate of Stanley Bell, deceased.**--------------------

                                              NANCY J. ROSENSTENGEL,
                                              **CLERK OF COURT**


                                              BY:       /s/*Sandy Pannier*
                                                                **Deputy Clerk**

Dated: November 13, 2009


APPROVED: /s/ *David R Herndon*
              CHIEF JUDGE
              U. S. DISTRICT COURT